**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SUNDARI KARMA PRASAD,

          Petitioner,

v.                                       Civil Action No. 3:22cv429

COMMONWEALTH OF VIRGINIA,

          Respondent.

### MEMORANDUM OPINION

By Memorandum Order entered on June 23, 2022, the Court conditionally filed Petitioner's 28 U.S.C. § 2254 Petition.  At that time, the Court warned Petitioner that she must keep the Court informed as to her current address or the Court would dismiss the action. Petitioner was released from the Virginia Department of Corrections on or about January 6, 2023.  (ECF No. 14-7 ¶ 7.)[1]  Since that date, Petitioner has not contacted the Court to provide a current address.  Petitioner's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action.  *See* Fed. R. Civ. P. 41(b).  Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.  A certificate of appealability will be DENIED.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 6-22-2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

[1] The Virginia Department of Corrections Offender Locator indicates that Petitioner is no longer incarcerated in the Virginia Department of Corrections.  *See* Virginia Offender Locator (search for Sundari Prasad), available at https://vadoc.virginia.gov/general-public/offender-locator/.